

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>GERMAN ARCIGA GOMEZ,<br><br>            Defendant. | Case No. 23-CR-2176-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Indictment in the above-entitled case is dismissed without prejudice as to Defendant GERMAN ARCIGA GOMEZ.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 1/11/24

HON. TODD W. ROBINSON
United States District Judge